Marisol Nagata Esq. (SBN 221387)
**GERACI LAW FIRM**
90 Discovery
Irvine, CA 92618
Tele.: (949) 379-2600
Fax: (949) 379-2610
E-mail: m.nagata@geracillp.com

Attorneys for Secured Creditor
CALCAP INCOME FUND I, LLC et al.

**Geraci Law Firm**
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| In re<br><br>**NPHSS, LLC**,<br><br>Debtor. | Case No. **20-50296-SLJ**<br><br>Chapter 11<br><br>**SUBSTITUTION OF ATTORNEY AND NOTICE OF APPEARANCE** |
|---|---|

Secured Creditor, CALCAP INCOME FUND I, LLC et al. ("Creditor") is hereby making this Substitution of Attorney and substitutes the new attorney below ("New Attorney"):

**Geraci Law Firm**

Marisol Nagata, Esq.

90 Discovery, Irvine, CA 92618

Tel: 949-379-2600



Case: 20-50296 Doc# 34 Filed: 05/21/20 Entered: 05/21/20 11:01:40 Page 1 of 7

The New Attorney hereby appears in the instant bankruptcy case on behalf of Creditor.

The new attorney is substituted as attorney of record in place instead of the present attorney ("Present Attorney"):

**Law Offices of Martin W. Phillips**
Martin Phillips, Esq.
8180 E. Kaiser Blvd., Ste. 100
Anaheim Hills, CA 92808
Tel: 714-282-2432

Date:_______________

**Secured Creditor, CalCap Income Fund I LLC et al.**
By: SEE ATTACHED PAGE
Title: ______________________________________

I am duly admitted to practice in this district. The above substitution is accepted.

Date: May 19, 2020

**New Attorney, Geraci Law Firm**
By: /s/ Marisol Nagata
Marisol Nagata, Esq.

I consent to the above substitution.

Date: _______________

**Present Attorney, Law Office of Michael W. Phillips**
By: SEE ATTACHED PAGE
Michael W. Phillips, Esq.

**Geraci Law Firm**
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

Geraci Law Firm
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

The New Attorney hereby appears in the instant bankruptcy case on behalf of Creditor.

The new attorney is substituted as attorney of record in place instead of the present attorney ("Present Attorney"):

**Law Offices of Martin W. Phillips**
Martin Phillips, Esq.
8180 E. Kaiser Blvd., Ste. 100
Anaheim Hills, CA 92808
Tel: 714-282-2432

Date:_______________

**Secured Creditor, CalCap Income Fund I LLC et al.**

DocuSigned by:
By: Drew Buccino
9F7C28F7F7964DE...
Title: Drew Buccino Fund Manager

I am duly admitted to practice in this district. The above substitution is accepted.

Date: May 19, 2020

**New Attorney, Geraci Law Firm**

By: /s/ Marisol Nagata
Marisol Nagata, Esq.

I consent to the above substitution.

Date: _______________

**Present Attorney, Law Office of Michael W. Phillips**

By: ________________________________________
Michael W. Phillips, Esq.

The New Attorney hereby appears in the instant bankruptcy case on behalf of Creditor.

The new attorney is substituted as attorney of record in place instead of the present attorney ("Present Attorney"):

**Law Offices of Martin W. Phillips**
Martin Phillips, Esq.
8180 E. Kaiser Blvd., Ste. 100
Anaheim Hills, CA 92808
Tel: 714-282-2432

Date:_______________

**Secured Creditor, CalCap Income Fund I LLC et al.**
By: ______________________________
Title: ______________________________

I am duly admitted to practice in this district. The above substitution is accepted.

Date: May 19, 2020

**New Attorney, Geraci Law Firm**
By: /s/ Marisol Nagata
Marisol Nagata, Esq.

I consent to the above substitution.

Date: 5-20-20

**Present Attorney, Law Office of Michael W. Phillips**
By: ______________________________
Michael W. Phillips, Esq.

Geraci Law Firm
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

Geraci Law Firm
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

# PROOF OF SERVICE OF DOCUMENT

I, the undersigned, declare that I am employed in the County of Orange. I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 90 Discovery, Irvine, CA 92618.

On May 21, 2020, I caused to be served the SUBSTITUTION OF ATTORNEY AND NOTICE OF APPEARANCE, on all interested parties in said case, by placing a true and correct copies thereof in a sealed envelope with postage thereon prepaid, in the United States mail, first class, postage prepaid, and/or by Notice of Electronic Filing (NEF) address as follows:

**See Attached Service List.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

May 21, 2020 /s/ Evie Dilts

**Attached Service List**

1. Served by the Court Via Notice of Electronic Filing (NEF):

Debtor's Counsel:
Stanley A. Zlotoff-zlotofflaw@gmail.com

Office of the U.S. Trustee / SJ
Jared A. Day - jared.a.day@usdoj.gov

Counsel for CALCAP Income Fund I, LLC, et al.
Martin W. Phillips – marty.phillips@att.net

Counsel for Michael Luu
Stuart G. Gross - sgross@grosskleinlaw.com
Matthew D. Metzger - belvederelegalecf@gmail.com

Counsel for Jeffrey Ma
Stuart G. Gross - sgross@grosskleinlaw.com
Matthew D. Metzger - belvederelegalecf@gmail.com

2. Served By United States Mail:

*Debtor*
NPHSS, LLC
c/o Franklin Loffer
P.O. Box 470577
San Francisco, CA 94147

*Responsible Ind*
Franklin Loffer
P.O. Box 470577
San Francisco, CA 94147

*Special Counsel for Debtor*
William Lapcevic
DiBenedetto & Lapcevic, LLP
1101 Pacific Ave UNIT 320
Santa Cruz, CA 95060

**Geraci Law Firm**
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

20 Largest Unsecured Creditors

Bearing Point Construction
P.O. Box 470577
San Francisco, CA
94147

CA American Water
P.O. Box 7150
Pasadena, CA
91109-7150

Franchise Tax Board
Bankruptcy Section
MS A-340
P.O. Box 2952
Sacramento, CA
95812-2952

Franklin Loffer
P.O. Box 470577
San Francisco, CA
94147

Greenwaste Recovery
P.O. Box 11089
San Jose, CA 95103

North Point Development Partners, LLC
P.O. Box 470577
San Francisco, CA
94147

**Geraci Law Firm**
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610



Case: 20-50296 Doc# 34 Filed: 05/21/20 Entered: 05/21/20 11:01:40 Page 7 of 7